

# THE THIRTEENTH COURT OF APPEALS

## 13-23-00072-CV

Texas Crude Energy, LLC
v.
Burlington Resources Oil & Gas Company, LP

On Appeal from the
156th District Court of Live Oak County, Texas
Trial Court Cause No. L-19-0031-CV-B

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and remanded in part and reversed and rendered in part. The Court orders the judgment of the trial court REVERSED and REMANDED IN PART and REVERSED AND RENDERED JUDGMENT IN PART in accordance with its opinion. Costs of the appeal are adjudged against appellee.

We further order this decision certified below for observance.

January 30, 2025